IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DONALD L. WOODRING,**               6:12-cv-00585 RE

      Plaintiff,                **JUDGMENT**

  v.

**CAROLYN W. COLVIN,** Acting
Commissioner of Social Security,

      Defendant.

**REDDEN**, Judge:

This matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits in accordance with the Opinion and Order. This action is dismissed.

  IT IS SO ORDERED.

Dated this _18_ day of December, 2013.

                                       James A. Redden
                                       United States District Judge