WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DONALD WOODRING,**                       Case No. 6:12-cv-585-RE

    Plaintiff,

vs.                                                  ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Reasonable attorney fees in the amount of $8,336.51 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). If Plaintiff's attorney receives any fee awarded herein pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), he shall credit that fee to Plaintiff, and may retain only the larger of the two fees. When issuing the § 406(b) check, the agency is directed to subtract any amount received by Plaintiff's attorney pursuant to the EAJA, and to send the balance to Plaintiff's attorney at his current address shown above. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 15 day of April, 2014.

                                                 _____
                                                 United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1